446 A.2d 673

Cross, Appellants v. Berry.

Rossman v. Cross, Jr., Appellants.

Argued May 13, 1981. Richard A. Gahr, for appellants; Merritt E. McKnight, did not file a brief on behalf of appellees.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgments affirmed.

MONTEMURO, J., concurred in the result.